#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **RICARDO OVED**, et al. | : | |
| | : | |
| v. | : | No.: 22-4345 |
| | : | |
| **ABC CAPITAL INVESTMENTS, LLC**, et al. | : | |
| | : | |

### PLAINTIFFS' NOTICE OF *PARTIAL*[1] VOLUNTARY DISMISSAL

TO THE CLERK:

Plaintiffs, Ricardo Oved, Delta Fund 1 Philly LLC, and Fund Delta 1 BAL LLC, by and through their undersigned counsel, respectfully requests the following defendants be voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i): Ricardo Scatollini, Florecnia Melendez, ABC Capital Miami, LLC, 477 Management, LLC, and 477 International Realty, LLC.

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*

---

[1] Plaintiffs do not dismiss the remaining defendants named in this action.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **RICARDO OVED**, et al. | : | |
| | : | |
| v. | : | No.: 22-4345 |
| | : | |
| **ABC CAPITAL INVESTMENTS, LLC**, et al. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 17th day of January 2023, a true and correct copy of the foregoing Notice of Voluntary Dismissal were served via ECF and U.S. Mail upon all defendants.

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*