# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

## 7 South Morton Avenue
## Morton, Pennsylvania 19070
## Ph: 610.690.0801
## Fax: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

Matthew B. Weisberg*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

January 27, 2022

Honorable Chad F. Kenney
United States Federal Judge
United States District Court
Eastern District of Pennsylvania
11613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 11-B
*Via ECF*

   Re: *Ricardo Oved, et al. v. ABC Capital Investments, LLC, et al.*
      United States District Court │ Eastern District of Pennsylvania
      No.: 22-cv-04345

Dear Your Honor:

Undersigned Counsel represents Plaintiffs in this matter, which was initiated on or about October 31, 2022. On or about January 13, 2023, Defendants, ABC Capital Investments LLC and Stateside Philly LLC filed Suggestion of Bankruptcies (ECF Doc. No. 8 and 9, respectively). As a result, this Honorable Court entered an Order, on January 17, 2023, that, *inter alia*, directed Plaintiff to file status reports regarding the bankruptcies. Please accept this letter as the first of such status reports.

**ABC Capital Investments LLC (EDPA Bankruptcy No. 22-13060-elf)**
ABC Capital Investments LLC filed a Chapter 7 Voluntary Petition on or about November 15, 2022 and filed its schedules on or about December 19, 2022, following two orders to do so. The Meeting of Creditors originally scheduled for December 14, 2022 was continued as the debtor did not appear. It was rescheduled for January 12, 2022 and was continued again as the debtor did not appear. It was rescheduled for January 19, 2022 and was continued as additional

information was required by the Trustee. The Meeting of Creditors is now scheduled for February 16, 2023.

On or about January 27, 2023, Undersigned Counsel filed an entry of appearance and proof of claim on behalf of Plaintiff. Undersigned Counsel intends to attend the February 16, 2023 Meeting of Creditors.

**Stateside Philly LLC (EDPA Bankruptcy No. 22-13062-mdc)**
Stateside Philly LLC filed a Chapter 7 Voluntary Petition on or about November 15, 2022 and filed its schedules on or about December 1, 2022, following one order to do so. The Meeting of Creditors originally scheduled for December 15, 2022 was continued as the debtor did not provide the Trustee with requested records. It was rescheduled for January 12, 2022 and was continued again as the debtor did not appear. It was rescheduled for January 19, 2022 and was continued as additional information was required by the Trustee. The Meeting of Creditors is now scheduled for February 16, 2023.

On or about January 27, 2023, Undersigned Counsel filed an entry of appearance and proof of claim on behalf of Plaintiff. Undersigned Counsel intends to attend the February 16, 2023 Meeting of Creditors.

Should this Honorable Court require any further information at this time or in advance to the next status report, due in sixty days, Plaintiff and Undersigned Counsel will abide further direction.

                                                Respectfully submitted,

                                                L. Anthony DiJiacomo, III